# UNITED STATES DISTRICT COURT

DISTRICT OF _____

$u \int$

## EXHIBIT AND WITNESS LIST

v.
Trevor Watson

Case Number: CR 10-10133-WGY

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Young | | | | AUSA Hafer, Vien | Leppo |
| TRIAL DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| 11/29 | | | | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/29/10 | | | John Kelleher |
| | | | 1 | a- | Photos of vehicle |
| | | | 2 | a- b | Photo Ann's barbershop 996 Tremont Photo of |
| | | | | | Stain on ground |
| | | | 3 | | box of clothes |
| | | | 4 | | line up Photos witness prep form |
| | | | 5 | | Photo of Monicato's Salon |
| | | | | | Albert Aur |
| | | | | | Jonathan Ace |
| | | | | | Ann Jackson |
| | | | | | Dennis Barton ~~source agreement~~ |
| | | | 6 | a- b | DEA Confidential source agreements |
| | | | 7 | | Criminal Complaint |
| | | | 8 | a- c | Photos of Trevor Watson |
| | | | 9 | a- h | Photos of Curtis Best |
| | | 11/30/10 | | | Kofi Abbentotts |
| | | | | | Dennis Barton |
| | | | 11 | | letter 3/23/10 |
| | | | 12 | | letter 3/29/10 |
| | | | 13 | | letter on yellow lined paper |
| | | | 16 | | Photo 4 cars on cobblestone |
| | | | 17 | | Photo 996 Tremont St |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# EXHIBIT AND WITNESS LIST — CONTINUATION

| | US | | | vs. | Trevor Watson | CASE NO. CR 10-10133-WGY |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/30/10 | | | Kenneth Brady |
| | | | | 10 | CD of Phone Call |
| | | | | | Antonio Narvaez |
| | | | | | David Fredette |
| | | | | | Curtis Best |
| | | */11/29/10 | | 4 | Photo Annis Barbershop |
| | | | | 5 | Camacho Indictment |
| | | 12/1/10 | | | Curtis Best |
| | | | | | Joseph Leeman |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |